UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2016

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Biltoft, Jordan Matthew | Docket No. | 0980 2:16CR00068-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jordan Mathew Biltoft, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 10th day of May 2016, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant was convicted of third degree while driving license suspended in Spokane County District Court on August 31, 2016.

**Violation #2:** The defendant failed to report contact with law enforcement within one business day.

**Violation #3:** The defendant was charged with third degree theft in Spokane County District Court on or about September 19, 2016.

**Violation #4:** The defendant failed to report contact with law enforcement within one business day.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS**

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on: September 22, 2016 |
|   | by | s/Erik Carlson |
|   |   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Biltoft, Jordan
September 22, 2016
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

9/22/16
_____
Date