1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

JORDAN MATTHEW  BILTOFT,

                    Defendant.

No. 2:16-CR-068-WFN

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

13   On January 4, 2017, the Court held a hearing on Defendant's Motion for
14 Reconsideration of this Court's Order, ECF No. 57, revoking Defendant's pretrial
15 release.  Defendant was present with Assistant Federal Defender Amy H. Rubin.
16 Assistant U.S. Attorney Scott T. Jones represented the United States.

17   Defendant urged the Court to reconsider release in light of Defendant's mental
18 difficulties.  The United States continues to oppose release.

19   In May of 2016 Defendant was charged with one count of Mail Theft, and was
20 summoned to appear.  The government did not request detention.  At arraignment,
21 Defendant was released on only the Standard Conditions of this District.  ECF No.
22 11.

23   In September of 2016, Pretrial Services reported that Defendant had violated
24 the terms and conditions of his pretrial release by being charged with Driving
25 Without a License in the Third Degree, shoplifting, and failing to report these
26 contacts with law enforcement.  ECF No. 29.  Defendant was summoned to court,
27 but before the date of the scheduled hearing, Pretrial Services filed an additional
28 Petition and report, alleging that Defendant was on a subsequent date cited for

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1

1   possessing drug paraphernalia consistent with opiate use.  ECF No. 33.

2          At the violation hearing on October 13, 2016, Defendant admitted to the five

3   violations alleged in the two Petitions.  This Court continued his release on all of the

4   previously imposed conditions, and the additional conditions of mental health

5   counselling, and drug evaluation, treatment and testing.  ECF No. 37.

6          On October 18, 2016, Defendant pleaded guilty to the charge in the

7   Indictment.   His release was continued pending a Presentence Report and

8   Sentencing, only after he was warned about his conduct while on release.  ECF No.

9   39.  Upon his plea of guilty, Defendant no longer enjoys a presumption of release.

10  In further detention proceedings he bears the burden of establishing that there are

11  conditions which will reasonably assure his appearance, and community safety.  18

12  U.S.C. § 3143, FED. R. CRIM. P. 46(c).

13         On December 1, 2016, Pretrial Services filed a Petition alleging that

14  Defendant violated the conditions of his release by driving an unlicensed or

15  improperly licensed vehicle, driving with a suspended license, and testing positive

16  for the use of heroin and methamphetamine.  ECF No. 44.  The report of the Pretrial

17  Services officer indicated that Defendant had been variously following too close on

18  the freeway, driving at a high speed, sometimes straying from his lane, with his five

19  year old child unrestrained in the front seat.  This Court issued a summons.

20         Before the scheduled appearance, Pretrial Services filed an additional Petition

21  and report, ECF No. 52, alleging that Defendant had on December 12, 2016, again

22  violated the terms and conditions of his release by causing a very minor accident

23  while driving a motor vehicle, by driving with a suspended license, and by testing

24  positive for heroin use.  This Court then issued a warrant.

25         At a revocation hearing before this Court on December 21, 2016, Defendant

26  admitted to the five pending violations.  Defendant acknowledged that he had

27  attended four mental health counselling sessions, and implored the Court to continue

28  his release so he could be with his child over the holidays.  The Court revoked

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 2

release, ECF No. 57, and Defendant has remained in custody since that date.

The issue of detention may be reopened at any time if a court finds there is material information not known at the time of the initial decision.  18 U.S.C. § 3143(f)(2)(B).

The Court **FINDS** that there is no material information not known at the time of the detention decision, and that Defendant has not met his burden of establishing that there are conditions which will reasonably assure the safety of the community.

Accordingly Defendant's Motion, **ECF No. 59,** is **DENIED.**  The Motion to Expedite, **ECF No. 60**, is **GRANTED.**

**IT IS SO ORDERED.**

DATED January 6, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 3