PROB 12C
(6/16)

Report Date: November 3, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 6 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jordan Matthew Biltoft          Case Number: 0980 2:16CR00068-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

| | | |
|---|---|---|
| Original Offense: | Theft of Mail Matter by Employee, 18 U.S.C. § 1709 | |
| Original Sentence: | Prison - 3 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: March 18, 2017 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: March 17, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**:  On March 22, 2017, Jordan Biltoft signed his judgment for case number 2:16CR0068-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Biltoft was made aware by his U.S. probation officer that he must report to the probation officer as instructed.<br><br>Mr. Biltoft failed to report as directed on October 30, 2017, and November 2, 2017.<br><br>On October 18, 2017, the offender failed to report as directed for a urine test. After numerous unreturned telephone calls, voice messages, text messages, and emails, the undersigned officer mailed a letter to Mr. Biltoft's listed residence directing him to report by October 30, 2017. The offender failed to report on October 30, 2017.<br><br>On November 2, 2017, the undersigned officer spoke with Danea Biltoft, the offender's mother. I confirmed with her that Mr. Biltoft had the same contact number. She also stated that she would contact the offender via telephone and direct him to call me. Mr. Biltoft

Prob12C
Re: Biltoft, Jordan Matthew
November 3, 2017
Page 2

responded to my email sent on October 26, 2017, stating his mother told him I was attempting to get a hold of him. I responded to the email almost immediately and directed Mr. Biltoft to report on November 2, 2017, at 4:30 p.m. Mr. Biltoft failed to report as directed. Mr. Biltoft appears to be avoiding contact with the U.S. Probation Office and has not reported as directed.

2    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 22, 2017, Jordan Biltoft signed his judgment for case number 2:16CR0068-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Biltoft was made aware by his U.S. probation officer that he must report for urine testing as directed to monitor compliance with special condition number 17.

Jordan Biltoft violated the terms of his supervised release by failing to report for random urinalysis tests on October 18, 25, 26, and November 1, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/03/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/6/17
Date