PROB 12C
(6/16)

Report Date: June 7, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 1 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jordan Matthew Biltoft            Case Number: 0980 2:16CR00068-WFN-1

Address of Offender:                Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

Original Offense:        Theft of Mail Matter by Employee, 18 U.S.C. § 1709

Original Sentence:       Prison - 3 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Scott Travis Jones           Date Supervision Commenced: March 18, 2017

Defense Attorney:        Federal Public Defender      Date Supervision Expires: March 17, 2020

## PETITIONING THE COURT

To **ISSUE A SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/06/2017, and 03/01/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On March 22, 2017, Jordan Biltoft signed his judgment for case number 2:16CR00068-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Biltoft was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances. |
| | Jordan Biltoft violated the terms of his supervised release by consuming a controlled substance, heroin, on or about May 23, 2018. |
| | Mr. Biltoft was directed by the undersigned officer to provide a urine sample on May 23, 2018. The sample tested presumptive positive for morphine. At that time, he denied he consumed a controlled substance, morphine, and the sample was sent to Alere laboratory for confirmation. On May 27, 2018, the sample was returned as positive for the presence of morphine. |

Prob12C
**Re: Biltoft, Jordan Matthew**
**June 7, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court **issue a summons** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/06/2017, and 03/01/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/07/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/11/18
Date