# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 8 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jordan Matthew Biltoft | Case Number: 0980 2:16CR00068-WFN-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

| | |
|---|---|
| Original Offense: | Theft of Mail Matter by Employee, 18 U.S.C. § 1709 |
| Original Sentence: | Prison - 3 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones |
| | Date Supervision Commenced: March 18, 2017 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: March 17, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/06/2017, 03/01/2018, and 06/11/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On March 22, 2017, Jordan Biltoft signed his judgment for case number 2:16CR00068-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Biltoft was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances.

Jordan Biltoft violated the terms of his supervised release by consuming a controlled substance, heroin, on or about June 21, 2018.

Mr. Biltoft admitted during his chemical dependency assessment on June 26, 2018, that he consumed a controlled substance, heroin, on or about June 21, 2018. On June 27, 2018, the offender admitted to the undersigned officer he had consumed the controlled substance.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/06/2017, 03/01/2018, and 6/11/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/28/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/25/18
Date