PROB 12C
(6/16)

Report Date: December 6, 2018

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jordan Matthew Biltoft | Case Number: 0980 2:16CR00068-WFN-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 17, 2017

| | | |
|---|---|---|
| Original Offense: | Theft of Mail Matter by Employee, 18 U.S.C. § 1709 | |
| Original Sentence: | Prison - 3 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: March 18, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 17, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/06/2017, 03/01/2018, 06/07/2018 and 06/28/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Jordan Biltoft provided a urine specimen at Pioneer Counseling Center on November 21, 2018, which was confirmed positive for methamphetamine and heroin. Additionally he signed an admission of drug use form admitting to using heroin on November 19, 2018, and an admission of drug use form on November 21, 2018, admitting using of methamphetamine and heroin.<br><br>On March 22, 2017, Jordan Biltoft signed his judgment for case number 2:16CR00068-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Biltoft was made aware by his U.S. probation officer that he must refrain from any unlawful use of a controlled substance. |
| 7 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On November 19, 2018, while providing a urinalysis at Pioneer Counseling Center, Mr. Biltoft attempted to deceive the urinalysis test by utilizing a device. Once discovered, he admitted to attempting to use the device as he had recently consumed heroin.

On March 22, 2017, Jordan Biltoft signed his judgment for case number 2:16CR00068-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Biltoft was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/06/2018

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

December 6, 2018
Date